HOROWITZ RESTAURANT, INC., Respondent-Appellant, v. PRIME REALTY CORP., Appellant-Respondent.— Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of ARCO BAR, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, et al., Respondents.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 280 App. Div. 862.]

WILLIAM H. KANNINEN et al., on Their Own Behalf and on Behalf of All Other Persons Similarly Situated, Respondents, v. NATIONAL HOUSE AND FARMS ASSOCIATION, INC., et al., Appellants, et al., Defendants.— There is no plain or concise statement of a cause of action or causes of action and it is impossible to tell whether the action is in contract or fraud or to impress a trust and whether action is for declaratory judgment, specific performance or an accounting. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO PUMA, Appellant. — No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of the Accounting of L. LAWRENCE GREEN, as Executor of JULIA BRAIER, Deceased, Respondent. MILLIE K. KALMANE, Appellant.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of SOLTAN AHMED KADJAR, Deceased, Respondent. PRINCE FREYDOUN KADJAR et al., Appellants; SOLTAN MAHMOUD KADJAR et al., Respondents. — No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [200 Misc. 268.] [See 280 App. Div. 777.]

(April 30, 1952.)

ERNEST SCHULMAN, Respondent, v. ROYAL INDUSTRIAL BANK et al., Appellants. — The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.